AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

MAY 27 2019

**SOUTHERN** DISTRICT OF **TEXAS**   David J. Bradley, Clerk

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Arnoldo Hernandez

AKA: Arnoldo Soloman Hernandez

    IAE    YOB:    1989
Guatemala

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-19-1211-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 25, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Arnoldo Hernandez was encountered by Border Patrol Agents near Abram, Texas on May 25, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on May 25, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on February 17, 2016 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 22, 2015, the defendant was convicted of 8 USC 1326 Re-entry of a deported alien and sentenced to eleven (11) months confinement and three (3) years supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 27, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 27, 2019                                    3:26 p.m.

/S/ Mickel Gonzalez
Signature of Complainant
Mickel Gonzalez     Border Patrol Agent

Peter E. Ormsby                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer